**IN RE Jonathan K. FRIEDLANDER**

**An Inactive Member of the Bar of the District of Columbia Court of Appeals**

**No. 17–BG–535**

District of Columbia Court of Appeals.

(Filed September 28, 2017)

**Bar Reg. No. 433895**

BEFORE: Beckwith, Associate Judge, and Steadman and Reid, Senior Judges.

**ORDER**

PER CURIAM

On consideration of the certified order of the Maryland Court of Appeals disbarring respondent from the practice of law in the state of Maryland by consent; this court's June 9, 2017, order temporarily suspending respondent and directing him to show cause why identical reciprocal discipline should not be imposed; the statement of Disciplinary Counsel regarding reciprocal discipline; respondent's response in which he does not oppose identical reciprocal discipline; and it appearing that respondent filed the required D.C. Bar R. XI, § 14 (g) affidavit on July 6, 2017, it is

ORDERED that Jonathan K. Friedlander is hereby disbarred from the practice of law in the District of Columbia *nunc pro tunc* to July 6, 2017. *See In re Sibley*, 990 A.2d 483, 487–88 (D.C. 2010) (explaining that the presumption of identical discipline in D.C. Bar R. XI, § 11 (c) will prevail except in "rare" cases); *In re Cole*, 809 A.2d 1226, 1227 n.3 (D.C. 2002) (explaining that in unopposed reciprocal matters the "imposition of identical discipline should be close to automatic").